IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**JOEY RAY GARNER**                                                                             **PLAINTIFF**

No. 1:12-CV-134-KGB

**CAROLYN W. COLVIN, Acting Commissioner,**                              **DEFENDANT**
**Social Security Administration**

## JUDGMENT

Pursuant to the order entered in this case on this date, the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying plaintiff Joey Ray Garner's application for disability benefits is affirmed. Judgment is entered in favor of the Acting Commissioner. This case is dismissed with prejudice.

SO ADJUDGED this 28th day of March, 2014.

*Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE